UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | Case No. 13-CV-1490 (PJS/AJB) |
| Plaintiff, | |
| v. | ORDER |
| JASON G. GRANTZ, JOHN DOE, and MARY ROE, | |
| Defendants. | |

Curt N. Trisko, Jeffrey D. Klobucar, Nchangnyuy K. Fondungallah, Rebecca F. Schiller, and Sarah J.B. Adam, SCHILLER & ADAM, P.A., for plaintiff.

William B. Butler, BUTLER LIBERTY LAW, LLC, for defendants.

This matter was referred to Chief Magistrate Judge Arthur J. Boylan for all proceedings, including the determination of all dispositive and nondispositive motions in the first instance. *See* ECF No. 3.  On September 12, 2013, Judge Boylan ordered that the motion to remand of plaintiff Federal Home Loan Mortgage Corporation be granted.  This matter is now before the Court on the objection of defendant Jacqueline Grantz (captioned "Mary Roe") to that order.  The Court has conducted a de novo review.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Williams v. Beemiller, Inc.*, 527 F.3d 259, 264-66 (2d Cir. 2008) (finding that order of magistrate judge granting motion to remand is subject to de novo review by district court).  Based on that review, the Court overrules Grantz's objection and adopts the September 12 order.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court OVERRULES defendant Jacqueline Grantz's objection [ECF No. 16] and ADOPTS the September 12, 2013 order [ECF No. 14]. Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to remand [ECF No. 7] is GRANTED.

2. This matter is hereby REMANDED to the Minnesota District Court, First Judicial District.

Dated: September 16, 2013

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge